469 A.2d 310

Commonwealth v. Swartz, Appellant.

Submitted March 24, 1983. Steven V. Manbeck, for appellant; Michael Johnston, District Attorney, for Commonwealth, appellee.

Before CERCONE, President Judge, and CIRILLO and HOFFMAN, JJ.

Order affirmed. Jurisdiction not retained.